UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RICHARD HUEBNER,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>GOLDMAN SACHS and BANK OF NEW YORK MELLON,<br><br>　　　　Defendant. | Case No.: 2:13-CV-00255-APG-PAL |

**ORDER**

On November 5, 2013, the Court granted Defendants Goldman Sachs and Bank of New York Mellon's Motion to Dismiss. (Order (Doc. #15).) The Court dismissed Plaintiffs' Complaint without prejudice, and provided Plaintiffs with an opportunity to file an amended complaint within 30 days of the Order. The Order stated that if Plaintiffs failed to amend their Complaint within 30 days, the Court would close the case. Plaintiffs did not file an amended complaint.

IT IS THEREFORE ORDERED that this action is hereby DISMISSED.

DATED this 3rd day of February, 2014.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　**ANDREW P. GORDON**
　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**

1